**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANK ZACCANELLI, | § | |
| *Plaintiff,* | § § § | |
| V. | § § | CASE NO. 4:14cv30<br>Judge Clark/Judge Mazzant |
| BANK OF AMERICA, N.A. and<br>AMY MOORE, | § § § § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 27, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand [Doc. #6] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand [Doc. #6] is **DENIED.**

It is further **ORDERED** that Amy Moore is **DISMISSED** with prejudice as improperly joined.

So **ORDERED** and **SIGNED** this **12** day of **May, 2014.**

_____
Ron Clark, United States District Judge